**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*
**JOHN TACORDA**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-cr-00353-GMN-GWF |
| Plaintiff, | ) | |
| vs. | ) | **Stipulation to Continue Calendar Call and Trial (First Request)** |
| Kayarath et. al., | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of

America, by and through Daniel G. Bogden, United States Attorney, and Susan Cushman, Esq.,

Assistant United States Attorney, and Defendant SALEUMKIAT KAYARATH, by and through

his attorney Bret O. Whipple of The Law Office of Bret Whipple, Esq. and Defendant ARDIS

VANFOSSAN, by and through his attorney Alan Baum, Esq. of The Criminal Defense Group,

and Defendant CHAYPHET VORAVONG, by and through his attorney, David R. Fischer, Esq.

of Fischer Law Offices, and Defendant, JOHN TACORDA, by and through his attorney,

Richard E. Tanasi, Esq. of Tanasi Law Offices, that the Calendar Call in the above-captioned

matter, now scheduled for December 29, 2014, at the hour of 9:00 a.m., and that the Trial in the

above-captioned matter, now scheduled for January 5, 2015, at the hour of 8:30 a.m., be vacated

and continued to a date and time convenient to the Court, for a setting no sooner than 120 days

from the current setting.  The parties also agree to move all pretrial motions.

- 1-

TANASI LAW OFFICES
601 S. Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

1    This is the first request for a continuance of the Calendar Call and Trial Dates.

2    This Stipulation is entered into for the following reasons:

3    1.  There is a large volume of discovery in this case.

4    2.  All defense parties require more time to review discovery and prepare for trial.

5

6    3.  Defendants Kayarath, Vanfossan, and Voravong are in custody.  Defendant Tacorda

7    is out of custody. Defendants consent, and do not object to this continuance.

8    4.  For all of the above-stated reasons, the ends of justice would best be served by a

9    continuance of the Calendar Call and Trial dates.

10   5.  The additional time requested by this Stipulation is excludable in computing the time

11   within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C.

12   

13   Section 3161(h)(7)(A), considering the factors under 18 U.S.C. Sections 3161(h)(7)(B)(i) and

14   (iv).

15   . . .

16   . . .

17   . . .

18   . . .

19   . . .

20   . . .

21   . . .

22   . . .

23   . . .

24   . . .

25   . . .

26

27

28

DATED this 8th day of December, 2014.

DANIEL G. BOGDEN
United States Attorney

/s/     *Susan Cushman*
_____
SUSAN CUSHMAN., ESQ.
Assistant United States Attorney


LAW OFFICES OF BRET WHIPPLE

/s/     *Bret O. Whipple*
_____
BRET O. WHIPPLE, ESQ.
Counsel for Defendant
SALEUMKIAT KAYARATH

DAVID R FISCHER, ESQ.

/s/     *David R. Fischer*
_____
DAVID R. FISCHER, ESQ.
Counsel for Defendant
CHAYPHET VORAVONG

TANASI LAW OFFICES

/s/     *Richard E. Tanasi*
_____
RICHARD E. TANASI, ESQ.
Counsel for Defendant John Tacorda


THE CRIMINAL DEFENSE GROUP

/s/   *Alan Baum*
_____
ALAN BAUM, ESQ.
Counsel for Defendant ARDIS
VANFOSSAN

. . .

. . .

. . .

. . .

. . .

. . .

. . .

…

…

…

TANASI LAW OFFICES
601 S. Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
***Attorney for Defendant***
**JOHN TACORDA**

TANASI LAW OFFICES
601 S. Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                         )<br>                  Plaintiff,                    )<br>                                                         )<br>vs.                                                      )<br>                                                         )<br>Kayarath et. al.,                               )<br>                                                         )<br>                  Defendant.                 )<br>                                                         ) | 2:14-cr-00353-GMN-GWF<br><br>**Findings of Fact, Conclusions of Law and Order** |

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

A. The parties have stipulated to continue the calendar call and trial dates as presently scheduled.

B. This Court, being convinced that adequate showing has been made that were this request for continuance to be denied, counsel would not have the necessary time to effectively prepare for trial, taking into account the exercise of due diligence, and a miscarriage of justice could result, based on the following:

…

…

…

- 4-

TANASI LAW OFFICES
601 S. Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

1    1.  There is a large volume of discovery in this case.

2    2.  All defense parties require more time to review discovery and prepare for trial.

3    3.  Defendants Kayarath, Vanfossan, and Voravong are in custody.  Defendant Tacorda

is out of custody. Defendants consent, and do not object to this continuance.

4.  For all of the above-stated reasons, the ends of justice would best be served by a

continuance of the Calendar Call and Trial dates.

5.  The additional time requested by this Stipulation is excludable in computing the time

within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C.

Section 3161(h)(7)(A), considering the factors under 18 U.S.C. Sections 3161(h)(7)(B)(i) and

(iv).

…

…

…

…

…

…

…

…

…

. . .

. . .

. . .

. . .

**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

**ORDER**

IT IS THEREFORE ORDERED that the parties shall have to and including

_____, to file any and all pretrial motions and notices of defenses.

IT IS FURTHER ORDERED that the parties shall have to and including

_____, to file any and all responses to pretrial motions and notices of defenses.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed

jury instructions, and a list of the Government's prospective witnesses must be electronically

submitted to the Court by _____.

IT IS HEREBY ORDERED that the Calendar Call currently scheduled for December

29, 2014, at the hour of 9:00 a.m., be vacated and continued to _____, 20_____,

at the hour of _____ .m.; and

IT IS FURTHER ORDERED that the Trial currently scheduled for January 5, 2015, at

the hour of 8:30 a.m., be vacated and continued to _____, 20_____, at the hour of

_____ .m.

DATED this ____ day of December, 2015.


_____
UNITED STATES DISTRICT JUDGE