Evan D. Schwab, Esq.
Nevada Bar No. 10984
**SCHWAB LAW GROUP PLLC**
2800 W. Sahara Ave., Suite 1H
Las Vegas, Nevada 89102
T: 702-489-4442
F: 702-489-4812
evan@slglasvegas.com
Attorney for Defendant
*Guy John Tacorda*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
****

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CR-353-GMN-GWF |
| Plaintiff, | |
| vs. | |
| GUY JOHN TACORDA, | |
| Defendant. | |

### Consent Order Granting Substitution of Attorney

Notice is hereby given that, subject to approval by the court, Defendant Guy John Tacorda substitutes Evan D. Schwab, Esq. of the Schwab Law Group PLLC, Nevada Bar No. 10984 as counsel of record in place of Richard Tanasi, Esq. of Tanasi Law Offices.

Contact information for new counsel is as follows:

Schwab Law Group PLLC
2800 W. Sahara Ave., Suite 1H
Las Vegas, Nevada 89102
T: 702-489-4442
F: 702-489-4812
evan@slglasvegas.com

I consent to the above substitution.

Dated this 14th day of May, 2015

_____
Guy John Tacorda, Defendant

1

...

I consent to being substituted.

Dated this 14th day of May 2015

_____
Richard Tanasi, Esq.

I consent to the above substitution.

Dated this 14th day of May, 2015

_____
Evan D. Schwab, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Dated this 29th day of May, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge