**SUB**
**NICOLAS R. DONATH, ESQ.**
Nevada Bar No. 13106
**DONATH & MEDRALA PLLC**
1091 S. Cimarron Rd., Ste. A-1
Las Vegas, Nevada 89145
(702) 475-8884 Phone
(702) 938-8625 Facsimile
Email: ndonath@domelaw.com
*Attorney for Defendant John Tacorda*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAYARATH, et al.<br><br>Defendant. | Case No.: 2:14-cr-00353-GMN-GWF |

**SUBSTITUTION OF ATTORNEY**

JOHN TACORDA, Defendant, hereby substitutes:

    **NICOLAS R. DONATH, ESQ.**
    Nevada Bar No. 13106
    **DONATH & MEDRALA PLLC**
    1091 S. Cimarron Rd., Ste. A-1
    Las Vegas, Nevada 89145
    (702) 475-8884 Phone
    (702) 938-8625 Facsimile
    Email: ndonath@domelaw.com

As attorney of record in place and stead of:

    **EVAN D. SCHWAB, ESQ.**
    **SCHWAB LAW GROUP PLLC**
    2800 W. Sahara Ave., Suite 1H
    Las Vegas, Nevada 89102
    (702) 489-4442 Phone
    (702) 489-4812 Facsimile
    Email: evan@slglasvegas.com

///

///

1  DATED this 27th day of January, 2016          /s/ John Tacorda
                                                 John Tacorda, Defendant
2

3  DATED this 27 day of January, 2016          _____
                                                 Evan D. Schwab, Esq.
4

5

6  I, Nicolas R. Donath, am duly admitted to practice in this District. Above RETAINED

7  substitution is accepted.

8  DATED this 27th day of January, 2016          _____
                                                 Nicolas R. Donath, Esq.
9

10

11                                       **APPROVED:**

12  DATED this ___ day of _____, 2016.   _____
                                            UNITED STATES DISTRICT JUDGE
13